```
AARON D. FORD
  Attorney General
BROOKE D. GEORGUSON (Bar No. 16406)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1257
Fax: (775) 684-1108
bgeorguson@ag.nv.gov
Attorney for Respondents
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PERRY HOOD,<br><br>　　　　Petitioner<br><br>　vs.<br><br>CALVIN JOHNSON, *et al.*<br><br>　　　　Respondents | Case No. 2:22-cv-00117-CDS-VCF<br><br>**Order Granting Unopposed<br>Motion for Enlargement of Time**<br><br>**(FIRST REQUEST)**<br><br>**[ECF No. 19]** |

　　　Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a thirty (30) day enlargement of time, to and including December 28, 2023, in which to file and serve their response to Hood's motion for relief from judgment pursuant to FRCP 60(b)(6).

　　　This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

There have been no prior enlargements of Respondents' time to file said response to motion for relief from judgment pursuant to FRCP 60(b)(6) and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 22nd day of November 2023.

>AARON D. FORD
>Attorney General
>
>By: /s/ Brooke D. Georguson
>BROOKE D. GEORGUSON (Bar No. 16406)
>Deputy Attorney General

## ORDER

IT IS ORDERED that respondents' unopposed motion for an enlargement of time [ECF No. 19] is GRANTED. Respondents will have until December 28, 2023, to file their opposition to Hood's motion for relief from judgment. Hood will have until January 5, 2024, to file his reply.

_____
Cristina D. Silva
United States District Judge

Dated: November 22, 2023