# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Perry Hood,

               Petitioner

    v.

Calvin Johnson, et al.,

               Respondents

Case No. 2:22-cv-00117-CDS-VCF

**Order Granting Petitioner's Motion to Extend Time to File Reply**

[ECF No. 22]

Petitioner Perry Hood moves to extend time to file his reply to the pending Rule 60(b) motion. ECF No. 22. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

IT IS THEREFORE ORDERED that petitioner's unopposed first motion for enlargement of time **[ECF No. 22] is granted**. Petitioner has until January 26, 2024, to file his reply.

DATED: January 10, 2024

_____
Cristina D. Silva
United States District Judge